EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

CLARE E. CONNORS #7936
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  clare.connors@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00471-02 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| DUSTIN R. Y. IGE,    (02) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

	Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against DUSTIN R. Y. IGE in the interest of justice on the grounds that defendant has become incapacitated.

      The defendant is not in custody on the dismissed charge listed above.

      DATED: Honolulu, Hawaii, August 8, 2008.

```
                              EDWARD H. KUBO, JR.
                              UNITED STATES ATTORNEY
                              District of Hawaii

                                   /s/ Clare E. Connors
                           By _____
                              CLARE E. CONNORS
                              Assistant U.S. Attorney
```

Leave of court is granted for the filing of the foregoing dismissal.



```
                              /s/ J. Michael Seabright
                              _____
                              J. Michael Seabright
                              United States District Judge
```

United States v. Dustin R. Y. Ige
Cr. No. 04-00471-02 JMS
Order for Dismissal